# COURTROOM MINUTES
# CIVIL

DATE: 3/22/24   DAY: Friday   START TIME: 9:00 AM   END TIME: 10:38 AM

JUDGE/MAG.: Conley   CLERK: Nelson   REPORTER: P. Harrelson

CASE NO.: 24-cv-139-wmc   CASE NAME: National Wildlife Refuge Association, et al. v. Rural Utilities Service, et al.

**APPEARANCES:**

PLAINTIFF(S): Scott Strand
Howard Learner
Daniel Abrams
Maria Dambriunas

DEFENDANT(S): Thomas Jensen
Stacey Bosshardt
Reade Wilson
Kimberly Cullen

**PROCEEDING:**

☐ CONFIRMATION OF SALE
☐ CONTEMPT OF COURT
☐ MOTION FOR DEFAULT JUDGMENT
☐ ORDER TO SHOW CAUSE
☒ OTHER: Motion Hearing

Parties will have 30 days from when administrative record is made available to submit supplemental briefing.

TOTAL COURT TIME: 1'38"