IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NATIONAL WILDLIFE REFUGE ASSOCIATION, DRIFTLESS AREA LAND CONSERVANCY, and WISCONSIN WILDLIFE FEDERATION,<br><br>Plaintiffs,<br><br>v.<br><br>RURAL UTILITIES SERVICE; ANDY BERKE, Administrator, Rural Utilities Service; UNITED STATES FISH AND WILDLIFE SERVICE; WILL MEEKS, Midwest Regional Director; and SABRINA CHANDLER, Manager, Upper Mississippi River National Wildlife and Fish Refuge; UNITED STATES ARMY CORPS OF ENGINEERS; LIEUTENANT GENERAL SCOTT A. SPELLMON, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COLONEL JESSE CURRY, Commander and District Engineer, Rock Island District, U.S. Army Corps of Engineers; and COLONEL ERIC SWENSON, Commander and District Engineer, St. Paul District, U.S. Army Corps of Engineers,<br><br>Federal Defendants,<br><br>and<br><br>DAIRYLAND POWER Cooperative and ITC MIDWEST LLC,<br><br>Intervenor-Defendants. | No. 3:24-cv-00139-wmc |

## NOTICE OF CLOSING

Federal Defendants provide notice to the Court and Plaintiffs that the land exchange transaction between U.S. Fish and Wildlife Service and Intervenor-Defendants, as described in the February 23, 2024 Land Exchange Agreement, ECF No. 1-18, closed on May 9, 2024.

1

Respectfully submitted May 9, 2024,

        TODD KIM
        ASSISTANT ATTORNEY GENERAL
        United States Department of Justice
        Environment & Natural Resources Division

        */s/ Kimberly A. Cullen*
        KIMBERLY A. CULLEN
        READE E. WILSON
        Trial Attorneys
        Natural Resources Section
        P.O. Box 7611
        Washington, D.C. 20044-7611
        202-305-0503 (office)
        202-305-0275 (fax)
        kimberly.cullen@usdoj.gov

        ATTORNEYS FOR FEDERAL
        DEFENDANTS