EXHIBIT B

TO DECLARATION OF WILLIAM WARD

















