EXHIBIT G

TO DECLARATION OF WILLIAM WARD





