# EXHIBIT K

# TO DECLARATION OF WILLIAM WARD

## ITC Midwest, LLC

Aerial—west parcel



Aerial— 2 east parcels

