# COURTROOM MINUTES
## CIVIL

DATE: 5/14/2024   DAY: Tuesday   START TIME: 10:05 am   END TIME: 11:34 am

JUDGE/MAG.: WMC   CLERK: JLS   REPORTER: PCH

CASE NO.: 24-cv-139-wmc   CASE NAME: National Wildlife Refuge Association et al. v. Rural Utilities Service et al

**APPEARANCES:**

PLAINTIFF(S): D. Abrams
H. Learner

DEFENDANT(S): K. Cullen, R. Wilson

INTERVENOR DEFENDANT(S): S. Bosshardt, T. Jensen
T. Bolling

**PROCEEDING:**

- ☐ CONFIRMATION OF SALE
- ☐ CONTEMPT OF COURT
- ☐ MOTION FOR DEFAULT JUDGMENT
- ☐ ORDER TO SHOW CAUSE
- ☒ OTHER: Motion Hearing

Arguments on Motion for Reconsideration and Renewed Motion for Preliminary Injunction (#101) heard.

TOTAL COURT TIME: 1 hr 29min